UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THERESA HERRON,

        Plaintiff,

v.

        Case No. 20-cv-0844-bhl

CREDIT ONE BANK, et al.,

        Defendants.

## ORDER UNSEALING DOCUMENTS

On April 12, 2021, Plaintiff's counsel filed a declaration and exhibits in connection with his response to the Court's March 29, 2021 Order to Show Cause. (ECF No. 66.) Contrary to the Local Rules, counsel filed the declaration and exhibits under seal, without seeking Court permission. On April 13, 2021, the Clerk of Court entered a notice of the filing error on the docket, informing counsel that the Court would consider the documents to be publicly filed unless a separate motion to seal or restrict the document was filed, as required by General Local Rule 79. The Clerk further directed counsel to file the required motion to restrict or seal "immediately," and referred him to the Court's electronic case filing manual.

On April 22, 2021, counsel filed a motion to seal the exhibits attached to the declaration (ECF No. 68) and stated that defendants had no objection to sealing the private information as long as they had access to the exhibits. On that same day, the Court entered an order restricting the documents to case participants and attorneys of record and requiring counsel to file and make available for public view redacted versions of the documents on or before April 30, 2021. *See* General L.R. 79(d)(2) (requiring that any motion to restrict access or seal include with public filing a version of the document that redacts only those portions of the document that are subject to the restriction/sealing request). Counsel has failed to comply with the Court's order; no redacted versions of the restricted documents have been filed. Accordingly, the Clerk of Court is DIRECTED to unseal the declaration and exhibits (ECF No. 66).

Dated at Milwaukee, Wisconsin this 3rd day of May, 2021.

        s/ *Brett H. Ludwig*
        BRETT H. LUDWIG
        United States District Judge